IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ARTHUR LEE HALL, # 277988, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>ALABAMA DEPARTMENT OF )<br>CORRECTIONS, *et al.*, )<br>)<br>Respondents. ) | CASE NO. 2:14-CV-610-WKW<br>[WO] |

## **ORDER**

On August 3, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 25.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that

(1) The Recommendation is ADOPTED;

(2) Petitioner's petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. # 1) is DENIED; and

(3) This case is DISMISSED with prejudice.

A separate final judgment will be entered.

DONE this 1st day of September, 2016.

                                                /s/ W. Keith Watkins
                                      CHIEF UNITED STATES DISTRICT JUDGE